ORIGINAL

# MEMORANDUM



**To:** Docket Clerk
**From:** Carla Moore
**Date:** February 14, 2012
**Subject:** 3998 Status


Please place the following defendants and case on 3998 status as of February 14, 2012:

3:10-CR-339-N    USA v.  Huthaifa Ahmad Albarghuthi (01)
3:10-CR-339-N    USA v.  Lowana Mohammad Awad (02)


cc:  Lesli McCune